# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
[Harrisburg Division]

IN THE MATTER OF : No. 1-06 -bk-02472
:
: Adversary No. 1-06-ap-00150
Valerie J. Middaugh :
Debtor : Chapter 7

# CERTIFICATE OF SERVICE

I certify that I am more than 18 yeas of age and that on February 9, 2007 I served a copy of the **SUMMONS** [dated February 9, 2007] and **COMPLAINT** [Judicial Judgment Lien Avoidance] on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Capital One Bank<br>PO Box 85520<br>Richmond VA 23060 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania. |
| James C. Warmbrot, Esquire<br>Weltman, Weinberg & Reis Co LPA<br>436 Seventh Ave., Suite 2718<br>Pittsburgh PA 15219 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania |
| United States Trustee<br>ustpregion03.ha.ecf@usdoj.gov | Electronically [summons only] |
| | |
| Charles A. Bierbach, Esquire<br>cbierbach@bmzlaw.com<br>rghaner@bmzlaw.com<br>afeagle@bmzlaw.com<br>nhouck@bmzlaw.com | Electronically [summons only] |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2007

**/s/ Richard L. Bushman**
Richard L. Bushman, Esquire
16767 Path Valley Road
PO Box 51
Spring Run, PA 17262-0051